*E-FILED - 8/17/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANG NAM YOON, ) | No. C 10-2930 RMW (PR) |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| ATTORNEY GENERAL JANET ) NAPOLITANO, et al., ) | |
| Respondents. ) | |

An order of judgment is hereby entered DISMISSING this action.

IT IS SO ORDERED.

DATED: 8/17/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.10\Yoon930jud.wpd